UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LABORERS' PENSION FUND; ET AL**<br><br>PLAINTIFF(S)<br><br>vs.<br><br>**B & M INTERNATIONAL CONSTRUCTION INC.**<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>**08 C 250**<br><br><br>AFFIDAVIT OF SERVICE OF:<br>**SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jan 23, 2008**, at **8:17 PM**, I served the above described documents upon **B & M INTERNATIONAL CONSTRUCTION INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **ZJAWIN ZBIGNIEW / EMPLOYEE**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **1010 N. HOYNE, CHICAGO, IL 60622**

**DESCRIPTION:**   Gender: **M**   Race: **WHITE**   Age: **50**   Hgt: **5'6"**   Wgt: **180**   Hair: **BROWN**   Glasses: **NO**

**COMMENTS:** This is a residence but Mr. Zbignew runs an office for B & M International out of this address.

I declare under penalties of perjury that the information contained herein is true and correct.

*[Signature]*
Steven A Stosur, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 24th day of January, 2008

*[Signature: Joan C. Harenberg]*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/13/09

NOTARY PUBLIC

CLIENT NAME:
Laborers Pension and Welfare Funds*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
35974