UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LABORERS' PENSION FUND, ET AL**<br><br>PLAINTIFF(S)<br><br>vs.<br><br>**B & M INTERNATIONAL CONSTRUCTION INC. AND PAWEL MALECKI**<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>08 C 250<br><br><br><br>AFFIDAVIT OF SERVICE OF:<br>**SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Feb 18, 2008**, at **11:29 AM**, I served the above described documents upon **PAWEL MALECKI** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **PAWEL MALECKI / OWNER**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **950 N. MILWAUKEE, STE 209, GLENVIEW, IL 60026.**

**DESCRIPTION:** Gender: **M**  Race: **WHITE**  Age: **45**  Hgt: **5'11"**  Wgt: **170**  Hair: **BROWN**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*/s/ Ryan Flaska/*

**Ryan Flaska**, Lic #: 117-001119
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 18th day of February, 2008

*/s/ Joan C. Harenberg/*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/13/09

NOTARY PUBLIC

| CLIENT NAME:<br>Laborers Pension and Welfare Funds*<br>FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING #<br>36329 |
|---|---|---|