AGREEMENT AND DECLARATION OF TRUST
ESTABLISHING
THE CONSTRUCTION AND GENERAL LABORERS'
DISTRICT COUNCIL OF CHICAGO AND VICINITY
TRAINING TRUST FUND

THIS AGREEMENT AND DECLARATION OF TRUST, made and entered into as of the 1st day of June, 1986 by and between THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, A.F.L.-C.I.O., representing its affiliated Local Unions and the members thereof (the "Council") and the BUILDERS' ASSOCIATION OF CHICAGO, the UNDERGROUND CONTRACTORS ASSOCIATION, and the ILLINOIS ROAD BUILDERS' ASSOCIATION, and all other employer associations (the "Associations") who have hereto bargained or may hereafter bargain or enter into collective bargaining agreements or other agreements with the Union, its local affiliates, or with representatives of this Trust, for and on behalf of themselves and their respective members who by virtue of their said membership or otherwise are parties to collective bargaining agreements with the Union or any of its local affiliates or are parties to this Agreement or are otherwise bound to the provisions hereof as hereinafter provided, and other employers in the building and construction industry who may not be members of any association but who are included in the term "Employers" (as defined in Section 2 of ARTICLE I) and agree to be bound by this Agreement or who are otherwise so bound as provided as set forth in Section 2 of ARTICLE I;

WITNESSETH:

(1)  The Employers are parties to a collective bargaining agreement, or supplements thereto, with the Council which requires

-1-

EXHIBIT
B-5

Employer contributions of a certain sum per hour per Employee to a training fund provided in a program to be created for participating employees and established by this trust agreement.

(2)  the parties have agreed that such contributions shall be payable to and be deposited in the Trust Fund created and established by this Trust Agreement.

NOW, THEREFORE, in consideration of the premises and in order to establish and provide for the maintenance of said Trust Fund to be known as "THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY TRAINING TRUST FUND" hereinafter referred to as the "Trust Fund," it is mutually understood and agreed as follows.

### ARTICLE I

### Definitions

Unless the context or subject matter otherwise requires, the following definitions shall govern in this Trust Agreement.

Section 1.  WRITTEN AGREEMENT

The term "Written Agreement" shall mean any agreement in writing which specifies the detailed basis on which contributions shall be made to this Trust together with any modification, amendment or renewals thereof, including but not limited to Collective Bargaining Agreements, memoranda of understanding which incorporate by reference Collective Bargaining Agreements or this Agreement, report forms in accordance with which contributions are made and which obligate the Employer to the provisions of this Agreement, or any other agreement obligating the Employer signatory thereto to participate in or be bound by this Agreement.

signatory association, nor any officers, agent, employee or committee member of the Employers, or of any signatory association shall be liable to make contributions to the Fund or be under any other liability to the Fund or with respect to the Training Program, except to the extent that he may be an individual Employer required to make contributions to the Fund with respect to his or its own individual or joint venture operations, or to the extent he may incur liability as a Trustee, as hereinafter provided. The liability of any individual Employer to the Fund, or with respect to the Training Program shall be limited to the payments required by any written agreement with respect to his or its individual or joint venture operations, and in no event shall he or it be liable or responsible for any portion of the contributions due from other individual Employers with respect to the operations of such Employers. The individual Employers shall not be required to make any further payments or contributions to the cost of the operations of the Fund or of the Training Program, except as provided in Section 8 of this Article.

Section 6. Neither the Employers, any signatory association, any individual Employer, the Council, nor any employee shall be liable or responsible for any debts, liabilities or obligations of the Fund or the Trustees.

Section 7. Contributions to the Fund shall be due and payable to the principal office of the Fund and shall be made in regular monthly installments except as otherwise herein provided in Section 9 of this Article II. Each contribution to the Fund shall be made promptly, and in any event on or before the 10th day

of the calendar month in which it becomes due and payable. Each
monthly contribution shall include all payments which have accrued
in the interim for work performed up to the close of the
Employer's payroll period ending closest to the last day of the
preceding calendar month. Each monthly contribution shall be
accompanied by a report in a form prescribed by the Board of
Trustees.

Section 8. The parties recognize and acknowledge that the
regular and prompt payment of Employer contributions and reports
to the Fund are essential to the maintenance of the Fund and that
it would be extremely difficult, if not, impracticable, to fix the
actual expense and damage to the Fund and to the Training Program
which would result from the failure of an Employer to pay such
monthly contributions in full within the time provided above.
Therefore, if any Employer is delinquent in remitting its
contributions within the time specified in Section 7 of this
Article, the amount of damage to the Fund and Training Program
resulting from failure to make reports or pay contributions within
the time above specified shall be presumed to be the sum of ten
percent (10%) of the amount of the contribution due for each
delinquent report or contribution. This amount shall be added as
liquidated damages upon the day immediately following the date on
which the report or the contribution or contributions become
delinquent. Delinquent contributions and penalties shall also bear
interest at a rate up to the prime rate of interest as recog-
nized by the First National Bank of Chicago or such other lawful
amount as determined by the Trustees from the due date until

delinquency is totally satisfied.  The Trustees, however, in their discretion, for good cause (Trustees shall have sole right to determine what shall constitute good cause) shall have the right and power to waive all or any part of any sums due the Fund as liquidated damages.  Failure by any Employer to make the required payments hereunder shall be deemed a breach of the written agreement by the Employer and be subject to economic action by the Council in addition to the other remedies as provided herein.  The Trustees may, at their option, also take legal action to collect all delinquent amounts owing to the Fund, and parties agree that if the delinquent account of any Employer is referred to an attorney for collection, such Employer shall immediately become liable for a reasonable sum for the attorneys' fee together with an amount equal to all costs incurred by the Trustees in commencing or prosecuting legal action in any Court.  In such legal action, venue shall be laid at Cook County, Illinois, as the Fund is administered in such county.

Section 9.  In the case of certain Employers who have defaulted on payments in the past, or who otherwise give the Trustees reasonable cause to feel insecure as to future contributions, the Trustees shall have the power to require a bond for the payment of contributions.

ARTICLE III

Board of Trustees

Section 1.  Except as otherwise specifically provided, the Fund shall be operated and administered by a Board of Trustees whose membership shall consist of three persons appointed as trustees by the Association (known as the "Association Appointed

PENSION AND WELFARE FUNDS OF CHICAGO LABORERS
B & M INTERNATIONAL CONSTRUCTION
Case #: ChLab-1007-1520
Contract: CCA & *CCA
Year Ended: May, 2004

**Levinson Simon & Sprung, P.C.**
**Detail Report**
**Report Date: 12/13/2007**

Page 2
Employees

Contributions computed by Amount per Hour

| SSN | Name | JUN 2003 | JUL 2003 | AUG 2003 | SEP 2003 | OCT 2003 | NOV 2003 | DEC 2003 | JAN 2004 | FEB 2004 | MAR 2004 | APR 2004 | MAY 2004 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | *HRYSKO, IHOR | | | | | | | | | | 1.00 | | | 1.00 |
| | Total Hours | | | | | | | | | | 1.00 | | | 1.00 |

**Rate Table**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Welfare Fund | $4.1700 | | | | | | | | | | 4.17 | | | 4.17 |
| Pension Fund | $3.3800 | | | | | | | | | | 3.38 | | | 3.38 |
| Training Fund | $0.1700 | | | | | | | | | | .17 | | | .17 |
| IAF | $0.0700 | | | | | | | | | | .07 | | | .07 |
| LECLMCC | $0.1200 | | | | | | | | | | .12 | | | .12 |
| LEGET | $0.0600 | | | | | | | | | | .06 | | | .06 |
| Total | | | | | | | | | | | 7.97 | | | 7.97 |

EXHIBIT
B-6

**Levinson Simon & Sprung, P.C.**
**Detail Report**
**Report Date: 12/13/2007**

Page:
Employee:

PENSION AND WELFARE FUNDS OF CHICAGO LABORERS
B & M INTERNATIONAL CONSTRUCTION
Case #: ChLab-1007-1520          Year Ended: May, 2004
Contract: CCA & *CCA

Contributions computed as Percentage of Dollars Paid

| SSN | Name | JUN 2003 | JUL 2003 | AUG 2003 | SEP 2003 | OCT 2003 | NOV 2003 | DEC 2003 | JAN 2004 | FEB 2004 | MAR 2004 | APR 2004 | MAY 2004 | Tot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | *HRYSKO, IHOR | | | | | | | | | | 29.00 | | | |
| | Total Dollars Paid | | | | | | | | | | 29.00 | | | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dues | 1.7500% | | | | | | | | | | | .51 | | |
| Total | | | | | | | | | | | | .51 | | |

Levinson Simon & Sprung, P.C.
Detail Report
Report Date: 12/13/2007

PENSION AND WELFARE FUNDS OF CHICAGO LABORERS
B & M INTERNATIONAL CONSTRUCTION
Case #: ChLab-1007-1520
Contract: CCA & *CCA

Year Ended: May, 2005

Contributions computed by Amount per Hour

| SSN | Name | JUN 2004 | JUL 2004 | AUG 2004 | SEP 2004 | OCT 2004 | NOV 2004 | DEC 2004 | JAN 2005 | FEB 2005 | MAR 2005 | APR 2005 | MAY 2005 | Tot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | * DOMANOWSKI, A | | | | | | | | | | | | | |
| 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 | * DZEKEVICH, MAR | | | | | | | | | | | | | |
| 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 | * JELEN, JOZEF | | | | 56.00 | | | | | 2.00 | | 3.00 | | |
| | Total Hours | | | | 56.00 | | | | | 2.00 | | 3.00 | | |

Rate Table

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Welfare Fund | $6.3100 | | | | 353.36 | | | | | 12.62 | | 18.93 | | 38 |
| Pension Fund | $3.4400 | | | | 192.64 | | | | | 6.88 | | 10.32 | | 20 |
| Training Fund | $0.1700 | | | | 9.52 | | | | | .34 | | .51 | | 1 |
| IAF | $0.0700 | | | | 3.92 | | | | | .14 | | .21 | | |
| LDCLMCC | $0.1200 | | | | 6.72 | | | | | .24 | | .36 | | |
| LECET | $0.0600 | | | | 3.36 | | | | | .12 | | .18 | | |
| Total | | | | | 569.52 | | | | | 20.34 | | 30.51 | | 69 |

LABORS FIELD DEPT

01-08-08 02:42p   Pg: 7

PENSION AND WELFARE FUNDS OF CHICAGO LABORERS
B & M INTERNATIONAL CONSTRUCTION

Case #: ChLab-1007-1520    Year Ended: May, 2005
Contract: CCA & *CCA

**Levinson Simon & Sprung, P.C.**
**Detail Report**
**Report Date: 12/13/2007**

Page 5
Employees

Contributions computed as Percentage of Dollars Paid

| SSN | Name | JUN 2004 | JUL 2004 | AUG 2004 | SEP 2004 | OCT 2004 | NOV 2004 | DEC 2004 | JAN 2005 | FEB 2005 | MAR 2005 | APR 2005 | MAY 2005 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | * DOMANOWSKI, A | | | | | | | | | | | | | 87 |
| 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 | * DZEKEVICH, MAR | | | | 1,624.00 | | | | | | | | | 1,524 |
| 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 | * JELEN, JOZEF | | | | | | | | | 58.00 | 101.50 | 87.00 | | 1,870 |
| | Total Dollars Paid | | | | 1,624.00 | | | | | 58.00 | 101.50 | 87.00 | | 1,870 |

| | | JUN 2004 | JUL 2004 | AUG 2004 | SEP 2004 | OCT 2004 | NOV 2004 | DEC 2004 | JAN 2005 | FEB 2005 | MAR 2005 | APR 2005 | MAY 2005 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dues | 1.7500% | | | | 28.42 | | | | | 1.02 | 1.78 | 1.52 | | 32 |
| Total | | | | | 28.42 | | | | | 1.02 | 1.78 | 1.52 | | 32 |

Levinson Simon & Sprung, P.C.
Detail Report
Report Date: 12/13/2007

PENSION AND WELFARE FUNDS OF CHICAGO LABORERS
B & M INTERNATIONAL CONSTRUCTION
Case #: CHLab-1007-1520
Contract: CCA & *CCA

Year Ended: May, 2006

Contributions computed by Amount per Hour

Page 6
Employee: 6

| SSN | Name | JUN 2005 | JUL 2005 | AUG 2005 | SEP 2005 | OCT 2005 | NOV 2005 | DEC 2005 | JAN 2006 | FEB 2006 | MAR 2006 | APR 2006 | MAY 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | *DZEKEVICH, MAR | | 8.00 | | | | | | | | | | |
| 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 | *LYASH, ROMAN | | 3.00 | | | | 5.00 | | | | | | |
| 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 | *VYSHNEVSKIY, S | | 14.50 | | | | | | | | | | |
| | Total Hours | | 25.50 | | | | 5.00 | | | | | | |

Rate Table

| Rate Table | | Total |
|---|---|---|
| Welfare Fund | $6.8600 | 174.93 |
| Pension Fund | $3.9400 | 100.47 |
| Training Fund | $0.1700 | 4.34 |
| IAF | $0.0700 | 1.79 |
| LDCLMCC | $0.1200 | 3.06 |
| LECET | $0.0600 | 1.53 |
| Total | | 286.11 |

| | Total |
|---|---|
| 34.30 | |
| 19.70 | |
| .85 | |
| .35 | |
| .60 | |
| .30 | |
| 56.10 | |

LABORS FIELD DEPT    17089477295

Fax from : 17089477295

PENSION AND WELFARE FUNDS OF CHICAGO LABORERS
B & M INTERNATIONAL CONSTRUCTION
Case #: ChLab-1007-1520
Contract: CCA & CCA

**Levinson Simon & Sprung, P.C.**
**Detail Report**
**Report Date: 12/13/2007**

Year Ended: May, 2006

Contributions computed as Percentage of Dollars Paid

Page 2
Employees
Fax from

| SSN | Name | JUN 2005 | JUL 2005 | AUG 2005 | SEP 2005 | OCT 2005 | NOV 2005 | DEC 2005 | JAN 2006 | FEB 2006 | MAR 2006 | APR 2006 | MAY 2006 | Tot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | * DOMANOWSKI, A | | | | | | | | | | | | | |
| 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 | * DZEKEVICH, MAR | | 355.25 | | | | 152.50 | | 43.85 | | | | | |
| 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 | * LYASH, ROMAN | | 87.00 | | | | | | | | | | | |
| 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 | * VYSHNEVSKY, S | | 373.25 | | | | | | | | | | | |
| | Total Dollars Paid | | 815.50 | | | | 162.50 | | 43.85 | | | | | |
| Dues | 1.7500% | | 14.27 | | | | 2.67 | | .76 | | | | | |
| Total | | | 14.27 | | | | 2.67 | | .76 | | | | | |

**Levinson Simon & Sprung, P.C.**
**Detail Report**
**Report Date: 12/13/2007**

Page 8
Employees

PENSION AND WELFARE FUNDS OF CHICAGO LABORERS
B & M INTERNATIONAL CONSTRUCTION
Case #: CHLab-1007-1520
Contract: CCA & *CCA
Year Ended: May, 2007

Contributions computed by Amount per Hour

| SSN | Name | JUN 2006 | JUL 2006 | AUG 2006 | SEP 2006 | OCT 2006 | NOV 2006 | DEC 2006 | JAN 2007 | FEB 2007 | MAR 2007 | APR 2007 | MAY 2007 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | * BALINSKI, TOMAS | | | 8.00 | | | | | | | | | | |
| 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 | * DOMANOWSKI, A | | | 8.00 | | | | 7.50 | 84.00 | 1.50 | 11.00 | 44.50 | 14.00 | |
| 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 | * DZEKEVICH, MAR | | | 8.00 | | | | | | | | | | |
| 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 | * GRYNYUK, PETR | | | 8.00 | | | | 10.00 | 12.00 | | | 4.00 | 20.00 | |
| 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 | * LAPINSKY, YARO | | | | | | | | | | | | | |
| 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 | * VYSHNEVSKIY, S | | | | | | | | | | | | | |
| | Total Hours | | | 32.00 | | | | 17.50 | 103.50 | 1.50 | 11.00 | 78.50 | 34.00 | 27 |

**Rate Table**

| | | JUN 2006 | JUL 2006 | AUG 2006 | SEP 2006 | OCT 2006 | NOV 2006 | DEC 2006 | JAN 2007 | FEB 2007 | MAR 2007 | APR 2007 | MAY 2007 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Welfare Fund | $7.4600 | | | 238.72 | | | | 130.55 | 772.11 | 11.19 | 82.06 | 585.61 | 253.64 | 2,07 |
| Pension Fund | $4.8400 | | | 154.88 | | | | 84.70 | 500.94 | 7.26 | 53.24 | 379.94 | 164.56 | 1,34 |
| Training Fund | $0.1700 | | | 5.44 | | | | 2.98 | 17.60 | .26 | 1.87 | 13.35 | 5.78 | |
| IAF | $0.0700 | | | 2.24 | | | | 1.23 | 7.25 | .11 | .77 | 5.50 | 2.38 | 4. |
| LDCLMCC | $0.1200 | | | 3.84 | | | | 2.10 | 12.42 | .18 | 1.32 | 9.42 | 4.08 | 3. |
| LECET | $0.0600 | | | 1.92 | | | | 1.05 | 6.21 | .09 | .66 | 4.71 | 2.04 | 1. |
| Total | | | | 407.04 | | | | 222.60 | 1,316.52 | 19.08 | 139.92 | 998.52 | 432.48 | 3,53 |

Fax from : 17084777295    LABORS FIELD DEPT    01-08-08 02:43p  Pg: 11

PENSION AND WELFARE FUNDS OF CHICAGO LABORERS
B & M INTERNATIONAL CONSTRUCTION
Case #: CHLab-1007-1520
Contract: CCA & *CCA
Year Ended: May, 2007

Levinson Simon & Sprung, P.C.
Detail Report
Report Date: 12/13/2007

Page 9
Employees from

Contributions computed as Percentage of Dollars Paid

| SSN | Name | JUN 2006 | JUL 2006 | AUG 2006 | SEP 2006 | OCT 2006 | NOV 2006 | DEC 2006 | JAN 2007 | FEB 2007 | MAR 2007 | APR 2007 | MAY 2007 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | *BALINSKI, TOMAS | | | | | | | | | | | | | |
| 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 | *DOMANOWSKI, A | | | | | | | | | | | 549.00 | 579.30 | 1,12 |
| 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 | *DZEKEVICH, MAR | | | 244.00 | | | | 228.75 | 228.75 | 45.75 | 335.50 | | | 85 |
| 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 | *GRYNYUK, PETR | | | 244.00 | | | | 228.75 | 2,562.00 | | | 1,357.25 | | 4,38 |
| 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 | *LAPINSKY, YARO | | | | | | | | 366.00 | | | 122.00 | 776.60 | 1,14 |
| 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 | *VYSHNEVSKIY, S | | | 244.00 | | | | 305.00 | 366.00 | | | 366.00 | | 1,03 |
| | Total Dollars Paid | | | 978.00 | | | | 853.75 | 3,156.76 | 45.76 | 335.50 | 2,394.26 | 1,356.10 | 8,70 |

| Dues | 1.7500% | | | 17.08 | | | | 9.34 | 55.24 | .80 | 5.87 | 41.80 | 23.73 | 153 |
| Total | | | | 17.08 | | | | 9.34 | 56.24 | .80 | 5.87 | 41.90 | 23.73 | 163 |

**Levinson Simon & Sprung, P.C.**
**Detail Report**
**Report Date: 12/13/2007**

Page 10
Employees

PENSION AND WELFARE FUNDS OF CHICAGO LABORERS
B & M INTERNATIONAL CONSTRUCTION
Case #: ChLab-1007-1520
Contact: CCA & *CCA

Year Ended: May, 2008

Contributions computed by Amount per Hour

| SSN | Name | JUN 2007 | JUL 2007 | AUG 2007 | SEP 2007 | OCT 2007 | NOV 2007 | DEC 2007 | JAN 2008 | FEB 2008 | MAR 2008 | APR 2008 | MAY 2008 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | *DOMANOWSKI, A | | | 1.00 | | | | | | | | | | |
| 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 | *DZEKEVICH, MAR | | | 2.00 | 20.00 | | | | | | | | | 22 |
| 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 | *GRYNYUK, PETR | | | 1.00 | | | | | | | | | | 1 |
| 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 | *LAPINSKY, YARO | | | 24.50 | | | | | | | | | | 24 |
| | Total Hours | | | 28.50 | 20.00 | | | | | | | | | 48 |

**Rate Table**

| | | JUN 2007 | JUL 2007 | AUG 2007 | SEP 2007 | OCT 2007 | NOV 2007 | DEC 2007 | JAN 2008 | FEB 2008 | MAR 2008 | APR 2008 | MAY 2008 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Welfare Fund | $7.9700 | | | 227.15 | 159.40 | | | | | | | | | 386 |
| Pension Fund | $5.8800 | | | 161.88 | 113.60 | | | | | | | | | 275 |
| Training Fund | $0.2200 | | | 6.27 | 4.40 | | | | | | | | | 10 |
| IAF | $0.0700 | | | 2.00 | 1.40 | | | | | | | | | 3 |
| LDCLMCC | $0.1200 | | | 3.42 | 2.40 | | | | | | | | | 5 |
| LECET | $0.0600 | | | 1.71 | 1.20 | | | | | | | | | 2 |
| Total | | | | 402.42 | 282.40 | | | | | | | | | 684 |

# Levinson Simon & Sprung, P.C.
## Detail Report
**Report Date: 12/13/2007**

Page 11 of
Employees

Fax from : 17089477295

PENSION AND WELFARE FUNDS OF CHICAGO LABORERS
B & M INTERNATIONAL CONSTRUCTION
Case #: ChLab-1007-1520
Contract: CCA & *CCA

Year Ended: May, 2008

**Contributions computed as Percentage of Dollars Paid**

| SSN | Name | JUN 2007 | JUL 2007 | AUG 2007 | SEP 2007 | OCT 2007 | NOV 2007 | DEC 2007 | JAN 2008 | FEB 2008 | MAR 2008 | APR 2008 | MAY 2008 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | * DOMANOWSKI, A | | | | | | | | | | | | | |
| 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 | * DZEKEVICH, MAR | | | 33.15 | | | | | | | | | | |
| 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 | * GRYNYUK, PETR | | | 66.30 | 462.96 | | | | | | | | | |
| 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 | * LAPINSKY, YARO | | | 33.20 | | | | | | | | | | |
| | Total Dollars Paid | | | 812.18 | | | | | | | | | | |
| | | | | 944.83 | 462.96 | | | | | | | | | |
| Dues | 2.7500% | | | 25.98 | 12.73 | | | | | | | | | |
| Total | | | | 25.98 | 12.73 | | | | | | | | | |

**Levinson Simon & Sprung, P.C.**
Detail Report
Report Date: 12/13/2007

Page 13

PENSION AND WELFARE FUNDS OF CHICAGO LABORERS
B & M INTERNATIONAL CONSTRUCTION
Case #: ChLab-1007-1520
Contract: CCA & 'CCA                 Year Ended: May, 2006

Contributions computed by Amount per Hour

Others/Unknown

| SSN | Name | JUN 2005 | JUL 2005 | AUG 2006 | SEP 2005 | OCT 2005 | NOV 2005 | DEC 2005 | JAN 2006 | FEB 2006 | MAR 2006 | APR 2006 | MAY 2006 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | BALINSKI, TOMAS | | | | | | | | | | | | | |
| | Total Hours | | | | | | | | | 3.00 | | | | 3.00 |

### Rate Table

| | | FEB 2006 | Total |
|---|---|---|---|
| Welfare Fund | $6.8600 | 20.58 | |
| Pension Fund | $3.9400 | 11.82 | |
| Training Fund | $0.1700 | .51 | |
| Total | | 32.91 | |

Levinson Simon & Sprung, P.C.

Detail Report

Report Date: 12/13/2007

Page 14

Others/Unknown

PENSION AND WELFARE FUNDS OF CHICAGO LABORERS
B & M INTERNATIONAL CONSTRUCTION
Case #: ChLab-1007-1520    Year Ended: May, 2008
Contract: CCA & *CCA

Contributions computed by Amount per Hour

| SSN | Name | JUN 2007 | JUL 2007 | AUG 2007 | SEP 2007 | OCT 2007 | NOV 2007 | DEC 2007 | JAN 2008 | FEB 2008 | MAR 2008 | APR 2008 | MAY 2008 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | * BALINSKI, TOMAS | | | | | 72.00 | | | | | | | | 72.0 |
| 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 | * DOMANOWSKI, A | | | | | 40.00 | | | | | | | | 40. |
| 326047750 | * GRYNYUK, PETR | | | | | 45.00 | | | | | | | | 45. |
| 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 | * LAPINSKY, YARO | | | | | 69.00 | | | | | | | | 69. |
| | Total Hours | | | | | 226.00 | | | | | | | | 226. |

**Rate Table**

| | |
|---|---|
| Welfare Fund | $7.9700 |
| Pension Fund | $5.6800 |
| Training Fund | $0.2200 |
| Total | |

| OCT 2007 | Total |
|---|---|
| 1,801.22 | 1,801. |
| 1,283.68 | 1,283. |
| 49.72 | 49. |
| 3,134.62 | 3,134. |

PENSION AND WELFARE FUNDS OF CHICAGO LABORERS

B & M INTERNATIONAL CONSTRUCTION

Case #: ChLab-1007-1520    Year Ended: May, 2008

Contract: CCA & *CCA

Levinson Simon & Sprung, P.C.

Detail Report

Report Date: 12/13/2007

Page 18

Subcontractors

Contributions computed by Amount per Hour

| SSN | Name | JUN 2007 | JUL 2007 | AUG 2007 | SEP 2007 | OCT 2007 | NOV 2007 | DEC 2007 | JAN 2008 | FEB 2008 | MAR 2008 | APR 2008 | MAY 2008 | Tot... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 98-2730416 | *BALINSKI, T | | | | | 40.00 | | | | | | | | |
| 33-3847537 | *DOMANOWSKI, A | | | | | 18.00 | | | | | | | | |
| 32-6047750 | *GRYNYUK, P | | | | | 23.00 | | | | | | | | |
| 41-5913009 | *LAPINSKI, Y | | | | | 26.00 | | | | | | | | |
| | Total Hours | | | | | 107.00 | | | | | | | | |

Rate Table

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIAF | $0.0700 | | | | | 7.49 | | | | | | | |
| LDCLM2C | $0.1200 | | | | | 12.84 | | | | | | | |
| LECET | $0.0600 | | | | | 6.42 | | | | | | | |
| Total | | | | | | 26.75 | | | | | | | |

Fax from : 17089477295

Page 17
Subcontractors

Levinson Simon & Sprung, P.C.
Detail Report
Report Date: 12/13/2007

PENSION AND WELFARE FUNDS OF CHICAGO LABORERS
B & M INTERNATIONAL CONSTRUCTION
Case #: ChLab-1007-1620
Contract: CCA & *CCA          Year Ended: May, 2008

Contributions computed as Percentage of Dollars Paid

| SSN | Name | JUN 2007 | JUL 2007 | AUG 2007 | SEP 2007 | OCT 2007 | NOV 2007 | DEC 2007 | JAN 2008 | FEB 2008 | MAR 2008 | APR 2008 | MAY 2008 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36-2730416 | *BALINSKI, T | | | | | 1,326.80 | | | | | | | | 1,3 |
| 33-3847537 | *DOMANOWSKI, A | | | | | 596.70 | | | | | | | | 5 |
| 32-6047750 | *GRYNYUK, P | | | | | 762.45 | | | | | | | | 7 |
| 41-5913009 | *LAPINSKI, Y | | | | | 861.90 | | | | | | | | 8 |
| | Total Dollars Paid | | | | | 3,547.85 | | | | | | | | 3,6 |

| | Dues | 2.7500% | | | | | 97.57 | | | | | | | | 97.57 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | | | | | | 97.57 | | | | | | | | 97.57 |

# LABORERS' PENSION & WELFARE FUNDS

AUDIT

3/13/2008

EMPLOYER   B& M INTERNATIONAL CONSTRUCTION        CODE   30325

FOLLOWING ARE THE FIGURES OWED BY THE ABOVE MENTIONED CONTRACTOR AS A RESULT OF THE AUDIT.

| ADDITIONAL HOURS | HOURS | WELFARE | RATE | PENSION | RATE | TRAINING FUND | RATE | DUES | LDCLMCC | RATE | MCIAF | RATE | CAICA | RATE | LECET | RATE | CISCO | RATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-1-04-5-31-04 | 1.00 | 4.17 | 4.17 | 3.38 | 3.38 | 0.17 | 0.17 | 0.51 | 0.12 | 0.12 | 0.07 | 0.07 | | | 0.06 | 0.06 | | 0.06 | 8.41 |
| 6-1-04-5-31-05 | 61.00 | 384.91 | 6.31 | 209.84 | 3.44 | 10.37 | 0.17 | 32.73 | 7.32 | 0.12 | 4.27 | 0.07 | | | 3.66 | 0.06 | | 0.06 | 663.11 |
| 6-1-05-5-31-06 | 30.50 | 209.23 | 6.86 | 120.17 | 3.94 | 5.19 | 0.17 | 17.70 | 3.66 | 0.12 | 2.14 | 0.07 | | | 1.83 | 0.06 | | 0.06 | 359.91 |
| 6-1-06-5-31-07 | 278.00 | 2,073.88 | 7.46 | 1,345.52 | 4.84 | 47.26 | 0.17 | 153.97 | 33.36 | 0.12 | 19.46 | 0.07 | | | 16.68 | 0.05 | | 0.05 | 3,690.11 |
| 6-1-05-5-31-06 | 3.00 | 20.58 | 6.86 | 11.82 | 3.94 | 0.51 | 0.17 | | | | | | | | | | | | 82.91 |
| 6-1-07-10-31-07 | 48.50 | 386.55 | 7.97 | 275.48 | 5.68 | 10.67 | 0.22 | 38.71 | 5.82 | 0.12 | 3.40 | 0.07 | | | 2.91 | 0.06 | | 0.06 | 723.5 |
| 6-1-07-10-31-07 | 226.00 | 1,801.22 | 7.97 | 1,283.68 | 5.68 | 49.72 | 0.22 | 97.57 | 12.84 | 0.12 | 7.49 | 0.07 | | | 6.42 | 0.06 | | 0.06 | 3,134.62 |
| 6-1-07-10-31-07 | 107.00 | | | | | | | | | | | | | | | | | | 144.3 |
| SUBTOTAL | 755.00 | 4,880.54 | | 3,249.89 | | 123.89 | | 341.19 | 63.12 | | 36.83 | | | | 31.55 | | | | 8,727.02 |
| 10% PENALTIES | | 269.28 | | 169.07 | | 6.35 | | 34.12 | 6.31 | | 2.59 | | | | 3.16 | | | | 490.88 |
| 20% PENALTIES | | 437.55 | | 311.83 | | 12.08 | | | | | 2.18 | | | | | | | | 763.64 |
| AUDIT COSTS | | 647.50 | | 647.50 | | | | | | | | | | | | | | | 1,295.00 |
| ATTORNEY FEES | | | | | | | | | | | | | | | | | | | |
| ACCUM. PENALTIES | | 438.35 | | 312.40 | | 9.43 | | 13.82 | | | | | | | | | | | 144.57 |
| SHORTAGES | | | | | | | | 200.00 | | | | | | | | | | | 200.00 |
| ACCUM. INTEREST | | 376.87 | | 232.22 | | | | | 6.04 | | 3.59 | | | | 3.04 | | | | 631.19 |
| TOTAL DUE | | 7,050.09 | | 4,922.91 | | 151.75 | | 589.13 | 75.47 | | 45.19 | | | | 37.76 | | | | 12,822.30 |



EXHIBIT
B-7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LABORERS' PENSION FUND et al.,    )
                         Plaintiffs,    )    Case No. 08 C 250
       v.                       )
                                 )    Judge ASPEN
B & M INTERNATIONAL CONSTRUCTION, )
an Illinois corporation, and PAWEL MALECKI,)
individually,                      )
                   Defendants.    )

## DECLARATION OF CHARLES INGRASSIA

I, CHARLES INGRASSIA, declare and state as follows:

1.      I am Funds Counsel for Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity (the "Funds"), Plaintiffs in the above-referenced action.  This Declaration is submitted in support of the Funds' Motion for Summary Judgment against Defendant Hessen Pressure Washing, Inc., d/b/a Hessen Pressure Washing, Inc.

2.      Shareholders of the law firms of Allison, Slutsky & Kennedy, out-of-house collection counsel for the Laborers' Funds, bill the Laborers' Funds at a rate of $175.00 per hour.  Affiant, as in-house counsel for the Funds has first-hand knowledge that the hourly rate of $175.00 has been found reasonable and has been awarded by many courts in collection proceedings.

3.      In house counsel Patrick T. Wallace received a Bachelor of Arts Degree from the University of Illinois at Urbana- Champaign in 1992 and a Juris Doctor Degree from the University of DePaul College of Law in 1995.  He was admitted to the bar of the

EXHIBIT

C

tabbies®

State of Illinois in November 1995 and to the bar of the United States District Court for

the Northern District of Illinois in December 1995. He has also been admitted to the bar

of the United States District Court for the Central District of Illinois. He was admitted to

the Trial Bar of the Northern District of Illinois on September 20, 2000. From November

1995 to August 2000 he practiced labor and employment law as an associate at the law

firm of Katz, Friedman, Eagle, Eisenstein & Johnson (formerly Katz, Friedman, Schur &

Eagle). In September 2000, he became Funds Counsel for the Laborers' Pension Fund and

Laborers' Welfare Fund for the Health and Welfare Department of the Construction and

General Laborers' District Council of Chicago and Vicinity.

    4.    Jerrod Olszewski, in-house counsel for the Chicago Funds, received a

Bachelor of Arts Degree from Benedictine University in 1993 and a Juris Doctor Degree

from the John Marshall Law School in 2002. He was admitted to the bar of the State of

Illinois in May, 2002, and to the bar of the United States District Court for the Northern

District of Illinois in May, 2002. From May, 2002 to December, 2004, he practiced labor

and employment law as an associate at the law firm of Katz, Friedman, Eagle, Eisenstein

& Johnson, former out-of-house counsel to the Laborers' Funds, with the majority of my

work being spent representing the Laborers' Funds. In December, 2004, he became in-

house counsel for the Funds.

    5.    Christina Krivanek received a Bachelor of Arts Degree from The Ohio

State University in 2002 and a Juris Doctor Degree from the DePaul University College

of Law in 2005. She was admitted to the bar of the state of Illinois in November 2005

and to the bar of the United States District Court for the Northern District of Illinois in

January 2006. In January 2006, she became in-house counsel for the Laborers' Pension

Fund and Laborers' Welfare Fund for the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity. Based on the foregoing, $175.00 represents a fair and reasonable market rate for her in-house legal services to the Funds in this matter.

6.    Amy N. Carollo received a Bachelor of Arts Degree from Illinois State University in 2000, Masters of Science from University of Illinois at Chicago in 2002 and a Juris Doctor from Chicago-Kent College of Law in 2005. She was admitted to the bar of the State of Illinois in November of 2005 and to the bar of the United States  District Court for the Northern District in January 2006. In March 2006, she became in-house counsel for the Laborers' Pension Fund and Laborers' Welfare Fund for the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity. Based on the foregoing, $175.00 represents a fair and reasonable market rate for her in-house legal services to the Funds in this matter.

7.    Charles Ingrassia received a Bachelor of Science Degree from Radford University in 2002 and a Juris Doctor from the University of Illinois College of Law at Urbana-Champaign in 2006. I was admitted to the bar of the State of Illinois in November of 2006 and to the bar of the United States District Court for the Northern District in July 2007. In July 2007, I became in-house counsel for the Laborers' Funds.

8.    Based on the foregoing, $150.00 represents a fair and reasonable market rate for my in-house legal services to the Funds in this matter.

9.    **Exhibit C-1** attached hereto sets forth the time expended to date by in-house counsel on this matter. As set forth in that Exhibit, we have expended 11.40 hours totaling $1,717.50 in attorneys' fees and $544.60 in costs totaling $2,262.10.

3

I, the undersigned, certify under penalty of perjury that the foregoing is true and correct.

Date: 3/17/08                                   Charles Ingrassia

Laborers Pension and Welfare Funds
11465 Cermak Rd.
Westchester, IL  60154


Invoice submitted to:
B&M International Construction Inc.


March 17, 2008


Invoice #10068


Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/10/2008 CK | Review complaint, Conference with CI re: revisions | 0.30 175.00/hr | 52.50 |
| 1/11/2008 CI | Give Complaint to VC to file; Draft District Council letter and update charts | 0.50 150.00/hr | 75.00 |
| 1/9/2008 CI | Draft Complaint, including IWPA claim and conversion | 4.00 150.00/hr | 600.00 |
| 1/10/2008 CI | Review complaint, make corrections make copies and put exhibits together | 0.50 150.00/hr | 75.00 |
| 1/31/2008 CI | Conference with CK re: audit, speak with Pavel Malecki re: audit challenges | 1.50 150.00/hr | 225.00 |
| 2/28/2008 CI | Review what amounts have been paid to date | 0.30 150.00/hr | 45.00 |
| 3/4/2008 CI | Status hearing, letter to Paul Maledci | 0.80 150.00/hr | 120.00 |
| 3/10/2008 CI | Motion for Entry of Default Judgment | 1.00 150.00/hr | 150.00 |
| 3/11/2008 CI | Motion for Entry of Default Judgment | 1.00 150.00/hr | 150.00 |
| 3/17/2008 CI | Motion for Entry of Default Judgment | 0.50 150.00/hr | 75.00 |



3/17/2008                          Laborers Pension and Welfare Funds
1:37 PM                             Billing Worksheet Invoice Summary                              Page     1

| Client<br>Last bill<br>Last charge | Billable:<br>Fees<br>Costs<br>Hours | Unbillable:<br>Fees<br>Costs<br>Hours | Interest<br>Fin charge<br>Tax fees<br>Tax costs | Payments<br>Credits<br>Wrt offs<br>Refunds | Prior bal<br>New charges<br>New A/R<br>New bal |
|---|---|---|---|---|---|
| B&M International Construction | | | | | |
| | 1717.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3/17/2008 | 544.60 | 0.00 | 0.00 | 0.00 | 2262.10 |
| 10068 | 11.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 0.00 | 0.00 | 2262.10 |
| | | | | | |
| Grand Total | 1717.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 544.60 | 0.00 | 0.00 | 0.00 | 2262.10 |
| | 11.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 0.00 | 0.00 | 2262.10 |

B&M International Construction Inc.                                                              Page      2

|            |    |                                  | Hrs/Rate | Amount |
|------------|----|----------------------------------|----------|--------|
| 3/13/2008  | CI | Motion for Entry of Default Judgment | 1.00 150.00/hr | 150.00 |
|            |    | For professional services rendered | 11.40 | $1,717.50 |
|            |    | Additional Charges : |  |  |
| 1/11/2008  |    | Photocopies of Complaint, etc. |  | 9.60 |
|            |    | Filing fee. |  | 350.00 |
| 1/23/2008  |    | Service of Summons and Complaint. |  | 120.00 |
| 2/18/2008  |    | Service of Summons and Complaint. |  | 65.00 |
|            |    | Total additional charges |  | $544.60 |
|            |    | Total amount of this bill |  | $2,262.10 |
|            |    | Balance due |  | $2,262.10 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Charles Ingrassia | 11.10 | 150.00 | $1,665.00 |
| Christina Krivanek | 0.30 | 175.00 | $52.50 |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney of record certifies that he caused a copy of the foregoing Motion for Default Judgment in Sum Certain to be served upon the following person on March 17, 2008, via U.S. First Class Mail, postage pre-paid:

B & M International Construction, Inc.
c/o Zjawin Zbigniew, Employee and Agent
1010 N. Hoyne
Chicago, Illinois 60622

Pawel Malecki
Owner, B & M International Construction, Inc.
950 N. Milwaukee, Ste 209
Glenview, Illinois 60026

<u>/s/ Charles Ingrassia</u>