IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND, et al.,   )<br>                    Plaintiffs,   )<br>    v.                              )<br>                                   )<br>B & M INTERNATIONAL CONSTRUCTION, )<br>an Illinois corporation, and PAWEL MALECKI,)<br>individually,                      )<br>                    Defendants.   ) | Case No. 08 C 250<br><br>Judge ASPEN |

## JUDGMENT ORDER

This matter having come to be heard on the Motion of Plaintiffs Laborers' Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, and James S. Jorgensen (collectively the "Plaintiffs" or the "Funds") pursuant to Rule 54(b) of the Federal Rules of Civil Procedure for an Entry of Default Judgment on Counts III and IV against Defendants B & M International Construction. Inc., and Pawel Malecki, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. Default judgment in sum certain is hereby entered in favor of the Plaintiffs and against the Defendants in the amount of $14,383.65 on Counts II, III, IV, V and VI of Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 54(b) as follows:

   A. $12,121.55 in unpaid benefits and dues contributions, liquidated damages, accumulated liquidated damages, interest and audit costs due on the audit for the period of February 1, 2004 through October 31, 2007; and

    B. $2,262.10 in attorneys fees and costs.

 2. The Defendants are in default and ordered to submit its benefits reports and contributions for the periods of October 2007 and December 2007 forward.

 3. Prove up for Counts I and II of Plaintiffs' First Amended Complaint is set for _____, 2008 at _____ a.m.

        ENTER:


        _____
        The Honorable Marvin E. Aspen
        United States District Court Judge


Dated:_____