IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND et al., ) | |
| Plaintiffs, ) | Case No. 08 C 250 |
| v. ) | |
| ) | Judge ASPEN |
| B & M INTERNATIONAL CONSTRUCTION, ) | |
| an Illinois corporation, and PAWEL MALECKI,) | |
| individually, ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:   B & M International Construction, Inc.
     c/o Zjawin Zbigniew, Employee and Agent
     1010 N. Hoyne
     Chicago, Illinois 60622

     Pawel Malecki
     Owner, B & M International Construction, Inc.
     950 N. Milwaukee, Ste 209
     Glenview, Illinois 60026

     PLEASE TAKE NOTICE that at *10:30 a.m. on Tuesday, April 1, 2008*, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Marvin E. Aspen, Room 2568, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present *Plaintiffs' Motion for Rule Entry of Default Judgment in Sum Certain*, a copy of which is herewith served upon you.

March 18, 2008                                                                         Laborers Pension Fund, et al.

                                                                                         By: /s/ Charles Ingrassia

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

     The undersigned certifies that on this 18th day of March 2008 he served this notice to the above addressee(s) via U.S. Mail.

                                                                                     /s/ Charles Ingrassia