IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **LABORERS' PENSION FUND et al.,** | ) | |
| Plaintiffs, | ) | **Case No. 08 C 250** |
| v. | ) | |
| | ) | **Judge ASPEN** |
| **B & M INTERNATIONAL CONSTRUCTION,** | ) | |
| **an Illinois corporation, and PAWEL MALECKI,** | ) | |
| **individually,** | ) | |
| Defendants. | ) | |

### AMENDED NOTICE OF MOTION (PREVIOUSLY FILED)

To:  B & M International Construction, Inc.
     c/o Zjawin Zbigniew, Employee and Agent
     1010 N. Hoyne
     Chicago, Illinois 60622

     Pawel Malecki
     Owner, B & M International Construction, Inc.
     950 N. Milwaukee, Ste 209
     Glenview, Illinois 60026

PLEASE TAKE NOTICE that at *10:30 a.m. on Tuesday, April 1, 2008*, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Marvin E. Aspen, Room 2568, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present *Plaintiffs' Motion for Entry of Default Judgment in Sum Certain*, a copy of which was previously served upon you.

March 19, 2008                                        Laborers Pension Fund, et al.

                                                      By: /s/ Charles Ingrassia

Office of Fund Counsel
111 W. Jackson St., Suite 1415
Chicago, IL  60604
(312) 692-1540

### PROOF OF SERVICE BY MAIL

   The undersigned certifies that on this 19th day of March 2008 he served this notice to the above addressee(s) via U.S. Mail.

                                                      /s/ Charles Ingrassia