**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Laborers' Pension Fund, et al.
                                    Plaintiff,

v.                                                                     Case No.: 1:08−cv−00250
                                                                    Honorable Marvin E. Aspen

B & M International Construction Inc., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 10, 2008:

       MINUTE entry before Judge Honorable Marvin E. Aspen:Status hearing held on 4/10/2008, and continued to 5/29/08 at 10:30 a.m. Motion hearing held on 4/10/2008, regarding plaintiffs' motion for default judgment [15] and continued to 5/29/08 at 10:30 a.m. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.