**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Laborers' Pension Fund, et al.
                                                        Plaintiff,

v.                                                      Case No.: 1:08−cv−00250
                                                        Honorable Marvin E. Aspen

B & M International Construction Inc., et al.
                                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 9, 2008:

   MINUTE entry before the Honorable Marvin E. Aspen dated 6/9/08: The status hearing set for 6/10/08 is reset to 7/24/08 at 10:30 a.m. Plaintiffs' Motion for default judgment [15] is dismissed without prejudice. Motion terminated.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.