IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>B & M INTERNATIONAL CONSTRUCTION, )<br>an Illinois corporation, et al., )<br>)<br>Defendants. ) | Case No. 08 C 250<br><br>Judge ASPEN |

### NOTICE OF FILING

To: Paul Malecki
950 N. Milwukee, Suite 209
Glenview, IL 60025

    PLEASE TAKE NOTICE that on this 18th day of August 2008 the undersigned filed with the Clerk of Court the attached *Settlement Agreement and Agreed Stipulation to Dismiss* a copy of which is herewith served upon you.

August 18, 2008                                        **LABORERS' PENSION FUND ET AL.**

                                                               By: /s/ Charles Ingrassia

Office of Fund Counsel
111 Jackson Blvd., Suite 1415
Chicago, Illinois 60604
(312) 692-1540

### PROOF OF SERVICE BY MAIL

    The undersigned certifies that on this 18th day of August, 2008 he served this notice to the above addressee(s) via U.S. Mail.
                                                                              /s/ Charles Ingrassia