UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Laborers' Pension Fund, et al.

                        Plaintiff,

v.                                       Case No.: 1:08−cv−00250
                                                   Honorable Marvin E. Aspen

B & M International Construction Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 8/20/08: This matter is dismissed without prejudice against Defendants BM International Construction, Inc., and Paul Maleck with leave to reinstate on or before 2/15/09, and pursuant to the terms of the parties' Settlement Agreement and Agreed Stipulation to Dismiss. This Court retains jurisdiction to enforce the terms of the Settlement Agreement and Agreed Stipulation to Dismiss against defendants. In the event a motion to reinstate is not filed on or before 2/15/09, the case shall be deemed dismissed with prejudice without further order of the Court. The status hearing set for 8/21/08 is stricken. Enter Order. Civil case terminated. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.